JS - 6

# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 08-1937-VAP (JWJx)                              Date:  March 2, 2009

Title:      U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE -v- RANJIT POWELL, and DOES 1-5
================================================================
PRESENT:     HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

|  |  |
|---|---|
| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

PROCEEDINGS:    MINUTE ORDER REMANDING CASE FOR FAILURE TO COMPLY WITH COURT ORDER (IN CHAMBERS)

    The Court issued an Order to Show Cause For Lack of Subject Matter Jurisdiction on January 30, 2009.  Defendant Ranjit Powell failed to respond timely.  Accordingly, the Court hereby remands Plaintiff's action to the California Superior Court for the County of Riverside.

    **IT IS SO ORDERED.**